UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:

Roscoe Benton III
Desi Najuana Benton             Case No. 09-36642-dof
                                       Chapter 7
                                       HON. Daniel S. Opperman

                 Debtor(s).
_____/

## ORDER DENYING UNITED STATES TRUSTEE'S MOTION FOR SUMMARY JUDGMENT AND HOLDING IN ABEYANCE MOTION FOR PARTIAL SUMMARY JUDGMENT ON DEBTOR'S MOTION TO VOID BANKRUPTCY CASE

This matter having come to be heard upon the United States Trustee's Motion For Summary Judgment Or Partial Summary Judgment On Debtors' Motion to Void Bankruptcy Case, briefs having been filed, oral argument having been made at a hearing held on August 26, 2015, and the court being fully advised of the premises;

IT IS HEREBY ORDERED that United States Trustee's Motion For Summary Judgment On Debtors' Motion to Void Bankruptcy Case is denied.

IT IS FURTHER ORDERED that United States Trustee's Motion For Partial Summary Judgment On Debtors' Motion to Void Bankruptcy Case is held in abeyance pending the outcome of an evidentiary hearing to be held on both matters to be conducted on September 22, 2015 at 9:30am before this Court.

**Signed on September 03, 2015**

                                                   **/s/ Daniel S. Opperman**
                                                   **Daniel S. Opperman**
                                                   **United States Bankruptcy Judge**