3961 (Rev. 11-13)



STATE OF MICHIGAN
DEPARTMENT OF TREASURY
LANSING

RICK SNYDER
GOVERNOR

NICK A. KHOURI
STATE TREASURER

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Desi Najuana Benton
5322 Jamestown Rd
Grand Blanc, MI 48439

Case No. 09-36642
Chapter 7
Hon. Daniel S. Opperman

Debtor

# WITHDRAWAL OF REQUEST FOR PAYMENT OF SECURED EXPENSE

The State of Michigan, Department of Treasury, hereby withdraws its request for payment of Secured expense (14-1) in the amount of $2,762.61, dated herein on 3/18/2010.

Sandra M. Braun
Departmental Technician
Department of Collections/Bankruptcy